# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RES-NV CHLV, LLC, a Florida limited liability company;<br><br>        Plaintiff,<br><br>v.<br><br>STEVEN R. ROSENBERG, an individual;<br><br>        Defendant. | Case No.: 2:11-cv-00592-RLH (CWH )<br><br>**ORDER GRANTING DEFAULT JUDGMENT AGAINST STEVEN R. ROSENBERG** |

On December 23, 2011, Plaintiff RES-NV CHLV, LLC filed a Motion for Default Judgment against Defendant Steven R. Rosenberg (Doc. #13).   The Motion also expressly identified a question regarding the Court's subject matter jurisdiction and asked the court to determine its subject matter jurisdiction in light of the fact that the Federal Deposit Insurance Corporation ("FDIC") owns a limited liability company membership interest in the parent limited liability company which owns all of the membership interest in Plaintiff.

Having considered the Motion, IT IS HEREBY ORDERED AND ADJUDGED

(1)     This court has subject matter jurisdiction of this action;

(2)     Plaintiff's Motion for Default Judgment is granted;

(3)     Default judgment shall be and hereby is entered in favor of RES-NV CHLV, LLC against Defendant Steven R. Rosenberg in the amount of $2,295,846.18, together with interest accruing at the statutory rate from the date of entry of the Default Judgment until paid in full; and

DATED this 12th day of January, 2012.

Roger L. Hunt
United Stated District Judge