# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RES-NV CHLV, LLC, | ) |
|     Plaintiff, | ) Case No. 2:11-cv-00592-JCM-CWH |
| vs. | ) **ORDER** |
| STEVEN R. ROSENBURG, | ) |
|     Defendants. | ) |

This matter is before the Court on Plaintiff's Ex Parte Application for Examination of Judgment Debtor Witness (#16), filed August 27, 2012. Having secured a judgment in its favor of $2,295,846.18, Plaintiff requests an order requiring Aram Doodikian to appear as a witness to answer questions under oath regarding the assets of Defendant/Judgment Debtor Steven R. Rosenburg.

Pursuant to Federal Rule of Civil Procedure 69, "[i]n aid of judgment or execution, the judgment creditor or a successor in interest whose interest appears of record may obtain discovery from any person–including the judgment debtor–as provided in these rules or by the procedure of the state where the court is located." Nevada law, in turn, provides:

> A judgment creditor, at any time after the judgment is entered, is entitled to an order from the court requiring the judgment debtor to appear and answer upon oath or affirmation concerning his or her property, before:
>
> (a) The judge or a master appointed by the judge; or
>
> (b) An attorney representing the judgment creditor,
>
> at a time and place specified in the order. No judgment debtor may be required to appear outside the county in which the judgment debtor resides.

Nevada Revised Statutes ("NRS") 21.270(1). In aid of obtaining information about a judgment debtor's assets "[w]itnesses may be required to appear and testify before the judge or master conducting any proceeding under this chapter in the same manner as upon the trial of an issue."

*See* NRS 21.310.  The undersigned has reviewed Plaintiff's request and finds there is good cause for the requested relief.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Ex Parte Application for Examination of Judgment Debtor Witness (#16) is **granted**.

**IT IS FURTHER ORDERED** that Aram Doodikian appear before the undersigned Magistrate Judge in Courtroom 3C at the Lloyd D. George United States Courthouse, 333 Las Boulevard South, Las Vegas Nevada at **9:00 a.m. on Wednesday, October 10, 2012** to then and there answer questions under oath regarding the assets of Defendant/Judgment Debtor Steven R. Rosenburg and for such other proceedings as there may occur consistent with proceedings supplementary to execution.

**IT IS FURTHER ORDERED** that a copy of this order shall be personally served upon the witness at least **fourteen (14)** calendar days before the hearing scheduled herein.  Failure to appear may subject the witness to punishment for contempt of court.

DATED this 30th day of August, 2012.

_____
**C.W. Hoffman, Jr.
United States Magistrate Judge**